HURD et al. v. WOODWARD CO.

(Circuit Court of Appeals, Second Circuit. November 20, 1911.)

No. 150.

Appeal from the Circuit Court of the United States for the Northern District of New York.

This cause comes here upon appeal from an order granting a preliminary injunction against the use of tires embodying the device shown in the Grant patent for rubber tires.

' . C. K. Offield, for appellant.
: : W. E. Ward, for appellees.

Before LACOMBE, WARD, and NOYES, Circuit Judges.

, ⸱ PER CURIAM. The questions raised are the same as those discussed in Hurd v. Seim and Another, 191 Fed. 832, opinion in which is handed down herewith. A like disposition is made of this case.